November 2, 2007

Mr. Geoffrey L. Harrison
Susman Godfrey, L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

Mr. Jon Christian Amberson
Jon Christian Amberson, P.C.
2135 E. Hildebrand Ave.
San Antonio, TX 78209

Honorable Craig T. Enoch
Winstead Sechrest & Minick, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
Mr. John F. Carroll
111 West Olmos Drive
San Antonio, TX 78212

Mr. Rolando Cantu
Rolando Cantu & Associates, P.L.L.C.
9805 N. 10th Street
McAllen, TX 78504

RE: Case Number: 06-0178
 Court of Appeals Number: 13-05-00419-CV
 Trial Court Number: C-203-05-D

Style: FOREST OIL CORPORATION AND DANIEL B. WORDEN
 v.
 JAMES ARGYLE MCALLEN, EL RUCIO LAND AND CATTLE COMPANY, INC., SAN
 JUANITO LAND PARTNERSHIP, AND MCALLEN TRUST PARTNERSHIP

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed stay order in the
above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
cc: Ms. Cathy Wilborn
 Mr. Omar Guerrero
 Mr. Joseph R. Knight